AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Eglo Garza, et al <br> _Plaintiff(s)_ <br> v. <br> EMSHVAC, LLC <br> _Defendant(s)_ | Civil Action No. 5:24-cv-00353 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Defendant EMSHVAC, LLC
C/O its Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas B. Welmaker
> Welmaker Law PLLC
> 409 N. Fredonia, Suite 118
> Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/09/2024

RETURN ATTACHED

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Came to hand on 04-19-2024 @ 10:56 A.M.

DRLS
516 West Annie St.
Austin, Texas 78704
3872

UNITED STATES DISTRICT COURT
for the Western District of Texas

| | | | |
|---|---|---|---|
| Eglo Garza, et al, | Plaintiffs | § | Civil Action No. 5:24-cv-00353 |
| vs. | | § | |
| EMSHVAC, LLD, | Defendant | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on April 19, 2024, at 10:56 a.m. Summons in a Civil Action, with Plaintiff's Original Complaint, for service on <u>Defendant EMSHVAC, LLC</u>.

<u>Executed on April 26, 2024</u>, by delivering to Registered Agent, CT Corporation Systems, by delivering to its employee/agent via U.S.P.S. certified mail, return receipt requested, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. (Return receipt attached as Exhibit 1.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: __Tod E. Pendergrass__

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

Service Fee $ 91.00        Re: Welmaker/3872

**STATE OF TEXAS**

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on May 8, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature*  X *Tierica Williams*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tierica Williams   C. Date of Delivery: APR 26 2024 |
| 1. Article Addressed to:<br><br>EMSHVAC, LLC c/o Its Registered Agent, CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6479 0346 5643 78<br><br>7020 1810 0000 1411 2392<br>3872 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Annotations: "Sign →" pointing to signature line; "Print →" pointing to printed name line.

# EXHIBIT 1