IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO GARZA AND ANGELICA GARZA, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 5:24-cv-00353 |
| EMSHVAC, LLC D/B/A EMS HOME SERVICES, | § § § § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant EMSHVAC, LLC d/b/a EMS Home Services ("Defendant") files this Certificate of Interested Parties and states the following:

The undersigned counsel of record for Defendant certifies that the following is a list of all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation:

1. Plaintiff, Eglo Garza

2. Plaintiff, Angelica Garza

3. Welmaker Law, PLLC, Counsel for Plaintiffs

4. Defendant, EMSHVAC, LLC d/b/a EMS Home Services

5. Andrews Myers, P.C., Counsel for Defendant

If additional parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the pendency of this litigation, then counsel shall promptly file an amended certificate of disclosure.

                                               Respectfully submitted,

                                               */s/ Nallely I. Rodriguez*
ANTHONY G. STERGIO
Federal Bar No. 429040
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone:  (713) 850-4200
Facsimile:   (713) 850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANT EMSHVAC, LLC d/b/a EMS HOME SERVICES**

**OF COUNSEL:**
NALLELY I. RODRIGUEZ
Federal Bar No. 3544811
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2024, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

                                        */s/ Nallely I. Rodriguez*
                                        NALLELY I. RODRIGUEZ