UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO P. GARZA and ANGELICA GARZA | § | |
| vs. | § § § | NO:  SA:24-CV-00353-OLG |
| EMSHVAC, LLC | § § § | |

**NOTICE, CONSENT/NON CONSENT, AND REFERENCE OF A CIVIL ACTION
TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

_____ *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

\_\_X\_\_ *Non Consent to a magistrate judge's authority.* The following parties do not consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| EMSHVAC, LLC | [signature] | 07/03/2024 |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____

*District Judge's signature*

_____

*Printed name and title*

Respectfully submitted,

/s/ Nallely I. Rodriguez
ANTHONY G. STERGIO
Federal Bar No. 429040
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone: (713) 850-4200
Facsimile: (713) 850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANT EMSHVAC, LLC d/b/a EMS HOME SERVICES**

**OF COUNSEL:**

NALLELY I. RODRIGUEZ
Federal Bar No. 3544811
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile

**ATTORNEY FOR DEFENDANT**

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

/s/ Nallely I. Rodriguez
NALLELY I. RODRIGUEZ