IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO GARZA AND ANGELICA GARZA, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:24-cv-00353 |
| EMSHVAC, LLC D/B/A EMS HOME SERVICES, | § § § § | |
| Defendant. | § § | |

## JOINT ADR REPORT

Pursuant to Local Rule CV-88 and the Scheduling Order (Doc. 12), Plaintiffs Eglo Garza and Angelica Garza ("Plaintiffs") and Defendant EMSHVAC, LLC d/b/a EMS Home Services ("Defendant") submit the following Joint ADR Report:

**1. Status of Settlement Negotiations**

The Parties have exchanged confidential settlement offers. Most recently, Defendant provided a settlement offer to Plaintiffs on September 10, 2024. Plaintiffs are evaluating Defendant's calculations and are preparing a response.

**2. Identity of Person Responsible for Settlement Negotiations**

The undersigned attorney, Douglas B. Welmaker, is responsible for settlement negotiations on behalf of Plaintiffs. The undersigned attorney, Anthony G. Stergio, is responsible for settlement negotiations on Defendant's behalf.

**3. Evaluation Whether ADR is Appropriate**

The Parties agree mediation is appropriate to possibly resolve this dispute.

4. **Identity of Agreed Mediator**

Greg Bourgeois, 3825 Lake Austin Blvd Suite 403, Austin, TX 78703. The Parties will conduct mediation prior to the deadline in the Scheduling Order.

5. **How Mediator Will Be Compensated**

Each party will pay their share of the mediator's fees, without waiving the right to recover such costs at the conclusion of this litigation as a prevailing party.

Respectfully submitted,

*/s/Douglas B. Welmaker *with permission**
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

**ATTORNEY FOR PLAINTIFFS**

 */s/Anthony G. Stergio*
ANTHONY G. STERGIO
Federal Bar No. 429040
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone:  (713) 850-4200
Facsimile:  (713) 850-4211

**ATTORNEY-IN-CHARGE FOR
DEFENDANT EMSHVAC, LLC d/b/a EMS HOME SERVICES**

**OF COUNSEL FOR DEFENDANT:**
NALLELY I. RODRIGUEZ
Federal Bar No. 3544811
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on September 17, 2024, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

                                          */s/ Anthony G. Stergio*
                                          ANTHONY G. STERGIO