IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **EGLO GARZA AND ANGELICA GARZA,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 5:24-cv-353-OLG |
| **EMSHVAC, LLC D/B/A EMS HOME SERVICES,** | § § § § | |
| **Defendant** | § | |

**ORDER GRANTING PLAINTIFFS' OPPOSED
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiffs' Opposed Motion for Leave to File Plaintiffs' First Amended Complaint.  Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint is GRANTED.

SIGNED this the \_\_\_\_\_ day of _____, 2024

_____
HONORABLE ORLANDO L. GARCIA