**Outlook**

## RE: Pending Invoices

| | |
|---|---|
| **From** | Nallely Rodriguez <nrodriguez@andrewsmyers.com> |
| **Date** | Thu 12/12/2024 5:45 PM |
| **To** | Jeff Mosley <jeff@emshomeservices.com> |
| **Cc** | Tony Stergio <AStergio@andrewsmyers.com> |

Jeff – Following up on my email below, thanks!

**Nallely I. Rodriguez**
Senior Associate

**Andrews Myers | Attorneys at Law**
Houston | Austin

1885 Saint James Place, 15th Floor, Houston, TX 77056
TEL: (713) 634-4484
FAX: (713) 850-4211
EMAIL: nrodriguez@andrewsmyers.com
WEB: www.andrewsmyers.com

**CONSTRUCTION | TRIALS | REAL ESTATE | CORPORATE | ENERGY | EMPLOYMENT | BANKRUPTCY**

CONFIDENTIALITY NOTICE: Andrews Myers is a law firm. This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** Nallely Rodriguez
**Sent:** Monday, December 9, 2024 3:39 PM
**To:** Jeff Mosley <jeff@emshomeservices.com>
**Cc:** Tony Stergio <Astergio@andrewsmyers.com>
**Subject:** RE: Pending Invoices

Good afternoon Jeff,

I hope you had a nice Thanksgiving holiday with your family.

I received notice that we still have a few outstanding invoices for EMSHVAC. Could you review and let us know the status of these invoices? If they've been paid, please let us know the date of payment. If not, could you let us know when we can expect payment? Per our firm policy, we need to get these invoices taken care of.

If you have any questions, let us know. Thank you.

**Nallely I. Rodriguez**
Senior Associate

**Andrews Myers | Attorneys at Law**
Houston | Austin

1885 Saint James Place, 15th Floor, Houston, TX 77056
TEL: (713) 634-4484
FAX: (713) 850-4211
EMAIL: nrodriguez@andrewsmyers.com
WEB: www.andrewsmyers.com

CONSTRUCTION | TRIALS | REAL ESTATE | CORPORATE | ENERGY | EMPLOYMENT | BANKRUPTCY

CONFIDENTIALITY NOTICE: Andrews Myers is a law firm. This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Nallely Rodriguez
**Sent:** Monday, October 7, 2024 9:14 AM
**To:** Jeff Mosley <jeff@emshomeservices.com>
**Cc:** Tony Stergio <Astergio@andrewsmyers.com>; Andrew Harris <Aharris@andrewsmyers.com>
**Subject:** Pending Invoices

Hey Jeff,

Can you provide a status on these open invoices? You should also be receiving the invoice for September this week, if you haven't already.

Thank you.

**Nallely I. Rodriguez**
Senior Associate

Andrews Myers | Attorneys at Law
Houston | Austin

1885 Saint James Place, 15th Floor, Houston, TX 77056
TEL: (713) 634-4484
FAX: (713) 850-4211
EMAIL: nrodriguez@andrewsmyers.com
WEB: www.andrewsmyers.com

CONSTRUCTION | TRIALS | REAL ESTATE | CORPORATE | ENERGY | EMPLOYMENT | BANKRUPTCY

CONFIDENTIALITY NOTICE: Andrews Myers is a law firm. This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.