| | |
|---|---|
| **From:** | Nallely Rodriguez |
| **To:** | Jeff Mosley |
| **Cc:** | Tony Stergio; Angela Broady |
| **Subject:** | Garza v. EMSHVAC - Motion to Withdraw as Counsel |
| **Date:** | Monday, December 16, 2024 2:00:23 PM |
| **Attachments:** | 7447.5 Defendant"s Motion to Withdraw.pdf |

Good afternoon Jeff,

Unfortunately, due to the lack of communication on your end, despite our multiple emails, calls, and texts throughout the past 60 days, regarding discovery and the status of EMSHVAC's outstanding invoices, we will be filing a Motion to Withdraw as counsel in the *Garza v. EMSHVAC* case. Attached is our proposed Motion.

Please advise if you are opposed to the Motion to Withdraw by noon tomorrow. If we do not hear back from you by 12:00 p.m. tomorrow, we will assume the Motion is opposed and indicate as such.

If you have any questions about the Motion to Withdraw, let us know.

Thank you.

**Nallely I. Rodriguez**
Senior Associate

**Andrews Myers | Attorneys at Law**
Houston | Austin

1885 Saint James Place, 15th Floor, Houston, TX 77056
TEL: (713) 634-4884
FAX: (713) 850-4211
EMAIL: nrodriguez@andrewsmyers.com
WEB: www.andrewsmyers.com

**CONSTRUCTION | TRIALS | REAL ESTATE | CORPORATE | ENERGY | EMPLOYMENT | BANKRUPTCY**

CONFIDENTIALITY NOTICE: Andrews Myers is a law firm. This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.