IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO GARZA AND ANGELICA GARZA, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:24-cv-00353 |
| EMSHVAC, LLC D/B/A EMS HOME SERVICES, | § § § § | |
| Defendant. | § § | |

## ORDER

    Before this Court is the Counsel's Unopposed Motion to Withdraw as Attorneys of Record for Defendants. Having considered the Motion, the Court finds that Counsel for Defendants have shown good cause and reasonable notice to Defendants. The Court hereby GRANTS this Motion and ORDERS that Counsel's names be withdrawn as attorneys of record for Defendants EMSHVAC, LLC D/B/A EMS HOME SERVICES and JEFF MOSLEY.

    It is so ORDERED.

_____        _____
Date                                                      The Honorable Orlando L. Garcia
                                                                                            United States District Judge