IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO GARZA AND ANGELICA GARZA, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 5:24-cv-00353 |
| EMSHVAC, LLC D/B/A EMS HOME SERVICES, | § § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

Plaintiffs Eglo Garza and Angeliza Garza and Defendants EMSHVAC, LLC d/b/a EMS Home Services and Jeff Mosley (jointly the "Parties") announce to the Court that the matters in controversy in this case have been settled and compromised between the Parties. The Parties just recently reached their agreement resolving their claims. The Parties are now in the process of drafting, exchanging, and finalizing the settlement and dismissal documents.

Therefore, the Parties request that the Court give the Parties forty-five (45) days from the date of the filing of this document as additional time to allow the Parties to finalize the settlement documents and submit the appropriate dismissal documents to the Court.

Respectfully submitted,

*/s/ Douglas B. Welmaker *with permission**
**DOUGLAS B. WELMAKER**
Texas State Bar No. 00788641
doug@welmakerlaw.com
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

**ATTORNEY FOR PLAINTIFFS**

and

*/s/ Anthony G. Stergio*
**ANTHONY G. STERGIO**
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone: (713) 850-4200
Facsimile: (713) 850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**NALLELY I. RODRIGUEZ**
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile

**OF COUNSEL FOR DEFENDANTS**