IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EGLO GARZA AND ANGELICA GARZA, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 5:24-cv-00353 |
| EMSHVAC, LLC D/B/A EMS HOME SERVICES, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Eglo Garza and Angeliza Garza ("Plaintiffs") and Defendants EMSHVAC, LLC d/b/a EMS Home Services and Jeff Mosley ("Defendants") file this Joint Stipulation of Dismissal with Prejudice. Plaintiffs and Defendants hereby stipulate that this action shall be dismissed as to all claims asserted by Plaintiffs in the above-captioned lawsuit, with prejudice, and with each party to bear his or its own attorneys' fees and costs, except as agreed to in writing. Further, Plaintiffs and Defendants stipulate that this Court retains jurisdiction to enforce the settlement agreement. A proposed Order of Dismissal is attached.

Respectfully submitted,

*/s/* Douglas B. Welmaker
_____
**DOUGLAS B. WELMAKER**
Texas State Bar No. 00788641
doug@welmakerlaw.com
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

**ATTORNEY FOR PLAINTIFFS**

and

*/s/* Anthony G. Stergio
_____
**ANTHONY G. STERGIO**
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone: (713) 850-4200
Facsimile: (713) 850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**NALLELY I. RODRIGUEZ**
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile

**OF COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>  January 21  </u>, 2025, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

_/s/_     Nallely I. Rodriguez
NALLELY I. RODRIGUEZ
