IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **EGLO GARZA AND ANGELICA GARZA,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:24-cv-00353 |
| **EMSHVAC, LLC D/B/A EMS HOME SERVICES,** | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On this date, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice. Pursuant to the Joint Stipulation, the Court hereby ORDERS:

1. All claims asserted by Plaintiffs Eglo Garza and Angelica Garza in the above-captioned lawsuit are dismissed in their entirety with prejudice to their being re-filed;

2. Each party shall bear his or its own attorneys' fees and costs, except as agreed to by the parties; and

3. The Court retains jurisdiction to enforce the settlement agreement.

This is a final judgment.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/*   Douglas B. Welmaker
**DOUGLAS B. WELMAKER**
Texas State Bar No. 00788641
doug@welmakerlaw.com
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

**ATTORNEY FOR PLAINTIFFS**

and

*/s/*   Anthony G. Stergio
**ANTHONY G. STERGIO**
State Bar No. 19169450
astergio@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
Telephone: (713) 850-4200
Facsimile: (713) 850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**NALLELY I. RODRIGUEZ**
Texas Bar No. 24111421
nrodriguez@andrewsmyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 850-4200 - Telephone
(713) 850-4211 – Facsimile

**OF COUNSEL FOR DEFENDANTS**